# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 2:08-cr-00021-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) </br> CHIARETTA JOAN OWLE, ) </br> ) </br> Defendant. ) </br> _____ ) | **ORDER** |

**THIS MATTER** is before the Court on the Government's unopposed Motion to Modify an Imposed Term of Imprisonment [Doc. 104], which seeks to reduce the term of imprisonment previously imposed on the Defendant, Chiaretta Joan Owle, to a sentence of time served.

The Court finds, based upon the facts and arguments asserted in the motion, that the relief requested is appropriate. The Defendant's changed medical circumstances justify a reduction in her sentence to a sentence of time served. In reaching this conclusion, the Court has considered the factors set forth in Title 18, United States Code, Section 3553(a), to the extent they are applicable, and the Court finds that extraordinary and compelling reasons warrant the requested reduction.

It is therefore **ORDERED** that the sentence imposed upon the Defendant, Chiaretta Joan Owle, on February 26, 2018 is hereby **REDUCED** to a sentence of time served. The terms of the Judgment [Doc. 103] in all other respects shall remain in full force and effect, including the order for payment of court-appointed counsel fees, with there being a balance remaining in the amount of $3,432.85. [Id. at 5]. The Clerk of Court is respectfully directed to prepare an Amended Judgment in accordance with this Order.

**IT IS SO ORDERED**.

Signed: June 20, 2018

Martin Reidinger
United States District Judge